FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR - 9 2009

MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CRIMINAL NO. 09-904 |
| vs. | ) ) ) ) | 21 U.S.C. § 841 (a)(1) and 21 U.S.C. § 841(b)(1)(C): Possession with Intent to Distribute Heroin. |
| **GABRIEL TORRES-GOMEZ,** | ) ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about the 3rd day of March, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **GABRIEL TORRES-GOMEZ**, did unlawfully, knowingly and intentionally possess with intent to distribute heroin.

In violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____ 04/01/09  4:01pm