**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO
*PECOS COURTROOM*
CLERK'S MINUTES
BEFORE THE HONORABLE DON J. SVET**

**DEFENDANTS:**                                      **TYPE OF HEARING:** Initial Hrg

 Gabriel Torres-Gomez                                **CASE NO.** 09-904

                                                     **DATE** 4/23/09

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Jim Tierney                                    DEFENSE Pro Se  ( ) APPT ( ) RET

                                                                    ( ) APPT ( ) RET

                                                                    ( ) APPT ( ) RET

                                                                    ( ) APPT ( ) RET

PTS/PROB OFFICER  M. Hoyle              INTERPRETER:  M. Lozano

| **TAPE NO.** | **SPEAKER** | **TAPE NO.** | **SPEAKER** |
|---|---|---|---|
| FTR-PECOS |  |  | Court - appts atty |
| @ 10:24 am | Court - initial hrg advised |  |  |
|  | - penalties advised | 10:26 am | END |
|  | - rights advised |  |  |
|  | - Indictment advised |  |  |
|  | - |  |  |
|  | Govt moves to detain |  |  |

**DATE OF ARREST:** ___

**HEARING RESULTS/FINDINGS:** initial/first appearance of deft on Indictment; detention/arraignment hearing set for 4/24/09 at 9:30 am in the Pecos Courtroom; deft held in custody of USMS