**MAGISTRATE CLERK'S MINUTES OF ARRAIGNMENT/DETENTION -** *Pecos Courtroom*

Date ___4/24/09_____ Judge _____Don J. Svet_____ Clerk _____Kim_____

USA vs. _____Gabriel Torres-Gomez _____ Crim. No. ____09-904 LH_____

Deft. present with/without counsel_____Ben Wilson for Jean McCray_____
                                                         Name                    Apptd
U.S. represented by _____Larry Gomez_____AUSA

Deft. not present _____          Marshal called for Deft. in hallway: Yes/No
Bench warrant issued _____          Bond forfeited _____
Interpreter present: Yes/No          Name of Interpreter____J.J. Pena_____
Interpreter Used:  Yes/No          Interpreter Sworn: Yes/No/Waived

**COURT ASKED THE DEFENDANT:**

Name _____ SS#_____
DOB _____ Tel. No. _____
Residence Address _____
Extent of education/schooling _____

_N_     Whether he is currently or has been recently under the care of a physician or psychiatrist; if he has been hospitalized or treated for narcotic addiction

_Y_     Whether he has received a copy of the Indictment

_Y_     Whether he has had time to consult with attorney regarding penalties

_N_     Whether he wants Indictment read in open court

_Y_     Whether he will waive reading of Indictment

_Y_     Whether he is ready to plead

_X___ Defendant entered plea of not guilty to all counts

____ Defendant entered plea of not guilty to count Nos. _____

_X___ Matter referred to USDC

_X___ Counsel ordered to file any motions by __**Confer by 5/4/09; Motions due 5/14/09**_____

__X__ Case assigned to Judge:   **HANSEN**

_X___ Trial set on trailing docket  **To be Notified**_____

____ Defendant requested psychiatric examination.  Instructed to file motion in USDC

_X___ Bond set/continued at____**deft remanded to custody of USMS**_____

____ Previous bond motion denied; advised to file bond appeal in USDC

____ Unseal Case

____ Penalty for failure to appear explained

_X___ Discovery Order Distributed

____ First Appearance of Defendant          **FTR-PECOS  @ __10:28 am - 10:32 am_____**

_____

_____

_____