FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 16 2010

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 09-904 LH |
| vs. | ) | |
| GABRIEL TORRES-GOMEZ, | ) | |
| Defendant. | ) | |

## CONSENT TO APPEAR BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties that might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead guilty or go to trial with judgment and sentencing before a United States District Judge.

**I hereby waive (give up) my right to enter my plea before a United States District Judge, and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

*Gabriel Torres Gomez*
GABRIEL TORRES-GOMEZ
Defendant