# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CR No. | **09-904 LH** | | USA vs. | Torres-Gomez | | | |
| Date: | **3/31/10** | | Name of Deft: | **Gabriel Torres-Gomez** | | | |
| Before the Honorable | | C. LeRoy Hansen | | | | | |
| Time In/Out: | **10:06 a.m. - 10:12 a.m.** | | | Total Time in Court (for JS10): | 6 minutes | | |
| Clerk: | **J. Gonzales** | | | Court Reporter: | Thomas Garrett | | |
| AUSA: | **Norman Carins** | | | Defendant's Counsel: | Jean McCray | | |
| Sentencing in: | **Albq.** | | | Interpreter: | Michael Kagan | | |
| Probation Officer: | **Rhiannon Work** | | | Sworn? | Yes | X | No |
| Convicted on: | X | Plea | | Verdict | As to: | Information | X Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 3/16/10 | | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **343 days, or time served** |
| Supervised Release: | 3 years unsupervised |
| Probation: | |
| | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| X | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in substance abuse program/drug testing | | Register as sex offender |
| | Participate in mental health program | | Participate in sex offender treatment program |
| | No alcohol/liquor establishments | | Possess no sexual material |
| | Submit to search of person/property | | No computer with access to online services |
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| Fine: $ | **0.00** | Restitution: $ | **0.00** |
| SPA: $ | 100.00(waived)   ($100 as to each Count) | Payment Schedule: | Due Imm.   X Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS | Ms. McCray requests that Court accept plea agreement.  Mr. Cairns waives SPA. | | |